IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50640
Conference Calendar
_____

GREGORY SANDERS,

Plaintiff-Appellant,

versus

WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-87
- - - - - - - - - -
June 19, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Gregory Sanders, TDCJ # 727799, appeals the dismissal as
frivolous of his pro se and in forma pauperis (IFP) civil rights
complaint against former TDCJ Director Wayne Scott in which he
alleged that he was exposed to HIV by negligent TDCJ employees.
Because Sanders has failed to brief the claim on appeal, it is
not properly before this court. See Yohey v. Collins, 985 F.2d

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

222, 225 (5th Cir. 1993).  The judgment of the district court is AFFIRMED.